```
KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-6927

Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GURMEET SINGH, AMARJEET KAUR, JASKARAN KAUR, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. CITIZENSHIP AND IMMIGRATION SERVICES; EDUARDO AGUIRRE, DIRECTOR, U.S. CITIZENSHIP AND IMMIGRATION SERVICES; DAVID N. STILL, DISTRICT DIRECTOR, USCIS SAN FRANCISCO DISTRICT OFFICE; EVELYN UPCHURCH, ACTING DIRECTOR, USCIS NEBRASKA SERVICE CENTER, <br><br> Defendants. | No. C 06-1516-JCS <br><br> **STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |

Plaintiffs, by and through their attorneys of record, and defendants, by and through their attorneys of record, hereby stipulate to dismissal of the above-entitled action because the United States Citizenship and Immigration Services (USCIS) has agreed to conduct interviews on the I-730 applications within 90 days of the filing of this stipulation and to issue decisions on the I-730 applications within 120 days of the filing of this stipulation.

STIPULATION TO DISMISS
C 06-1516-JCS                                          1

Each of the parties shall bear their own costs and fees.

DATED: September 25, 2006    Respectfully submitted,

KEVIN V. RYAN
United States Attorney

/s/
EDWARD A. OLSEN[1]
Assistant United States Attorney
Attorneys for Defendants

DATED: September 25, 2006    /s/
ROBERT B. JOBE
Law Office of Robert B. Jobe
Attorneys for Plaintiffs

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: Sept. 26, 2006    _____
                          Judge Joseph C. Spero
                          United States Magistrate Judge

---

[1] I, Edward A. Olsen, attest that both Robert Jobe and I have signed this joint case management statement.

STIPULATION TO DISMISS
C 06-1516-JCS                    2